# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br>vs.<br><br>CHRISTIAN VEGA-VEGA,<br><br>                             Defendant. | CASE NO. 03 CR 2933 JM<br><br>ORDER DENYING MOTION FOR RELIEF OF JUDGMENT AND MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE |

Defendant filed on August 8, 2006, nunc pro tunc, the present motion for modification of conditions of supervised release. Plaintiff filed its response on September 14, 2006, nunc pro tunc. In his brief, defendant does not state the specific modifications he is seeking. He only states that the present conditions are creating social and familial hardship for him. The court is unable to grant defendant relief unless he makes a specific request as to what change he is seeking and why the current conditions are causing him hardship. Therefore, the court DENIES the motion without prejudicing defendant's right to bring a new motion.

**IT IS SO ORDERED.**

DATED: September 22, 2006

                                                      Hon. Jeffrey T. Miller
                                                      United States District Judge

cc: All parties

03cr2933